| | |
|---|---|
| 1 | McDONOUGH HOLLAND & ALLEN PC |
|   | Attorneys at Law |
| 2 | WILLIAM A. LICHTIG (State Bar #107480) |
|   | JULIE RANEY (State Bar #176060) |
| 3 | 555 Capitol Mall, 9th Floor |
|   | Sacramento, California  95814 |
| 4 | Telephone:   916-444-3900 |
|   | Facsimile:   916-444-3249 |

Attorneys for Defendant Public Marketing Building, LLC, Sacramento Hotel Corporation, and Starwood Hotels & Resorts Wordwide, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD KEMPER and FRED SHOTZ, | ) | Case No. CIV. S-02-1933 FCD GGH |
| | ) | |
| Plaintiffs, | ) | **SUBSTITUTION OF ATTORNEYS** |
| | ) | |
| v. | ) | |
| | ) | |
| PUBLIC MARKET BUILDING, LLC, a | ) | |
| California limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant Sacramento Hotel Corporation does hereby substitute McDonough Holland & Allen PC and Julie Raney of said firm, as its counsel of record in said action, in the place and stead of Orrick, Herrington & Sutcliffe LLP.

DATED: _____          SACRAMENTO HOTEL CORPORATION

                                                                           By: /s/ William H. Edgar (original signature retained by attorney Mary K. Nebgen)

                                                                           Its:          Chief Financial Official

    We agree to the foregoing substitution.

DATED:    May 2, 2005              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                           By: /s/ Mary K. Nebgen (as authorized on 5/2/05)
                                                                                MARY K. NEBGEN

1 | We accept the foregoing substitution.

2 | DATED:     May 3, 2005                    McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law

By:      /s/ Julie Raney
                JULIE RANEY

IT IS SO ORDERED.

DATED: May 9, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE

-2-

SUBSTITUTION OF ATTORNEYS                                      820001v1 33087/0004